UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2009 AUG 27 PM 2: 30

BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 1:09-CR-97-1 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 922(g)(1), 924(e)(1)) |
| CARLTON JONES, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about February 2007, in the District of Vermont, defendant CARLTON JONES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically,

    Arson Third Degree (Queens County, N.Y., December 29, 1986),
    Attempted Robbery (Kings County, N.Y., May 8, 1990),
    Unlawful Restraint and Unlawful Tresspass
    (Chittenden County, VT, January 10, 2001), and
    Unlawful Tresspass (Chittenden County, VT, November 5, 2004),

knowingly possessed in and affecting interstate commerce a firearm, namely an H&R American Double Action .32 caliber handgun.

(18 U.S.C. §§922(g)(1), 924(e)(1))

## COUNT TWO

In or about February 2007, in the District of Vermont, defendant CARLTON JONES knowingly possessed a firearm, namely an H&R American Double Action .32 caliber handgun, which had the manufacturer's serial number removed, obliterated and altered, and had previously been shipped and transported in interstate commerce.

(18 U.S.C. §§922(k), 924(a)(1)(B))


A TRUE BILL


*/s/ Tristram J. Coffin/jv*
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
August 27, 2009

2